# United States Bankruptcy Court
## Southern District of Ohio

In re  **FRG Enterprises, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jeremy Fox**<br>**165 North Merkle Road**<br>**Columbus, OH 43209** | **Member** | | **75%** |
| **MNG Investments LLC**<br>**26911 Wedgewood Drive, Unit 201**<br>**Bonita Springs, FL 34134** | **Member** | | **25%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **December  6, 2023**

Signature  **/s/ Jeremy Fox**  
**Jeremy Fox**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders