Fill in this information to identify the case:

Debtor name: **FRG Enterprises, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF OHIO**

Case number (if known): **23-54240**

■ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| MNG Investments<br>26911 Wedgewood Drive, Unit 201<br>Bonita Springs, FL 34134 | mn.gasbarro56@gmail.com | All Assets: Receivables, Chattel Paper, Inventory, Cash, etc. | | $336,458.26 | $308,645.06 | $336,458.26 |
| Onda, Labuhn, Ernsberger & Boggs<br>35 N. Fourth Street, Suite 100<br>Columbus, OH 43215 | Brei Johannes-Lund<br>BJL@ondalabuhn.com<br>614-716-0500 | Professional Services | | | | $149,369.78 |
| Wells Fargo - Oracle Financing<br>600 South 4th Street, 10th Floor<br>Minneapolis, MN 55415 | Brian Kooker<br>brian.g.kooker@financialservicing.net<br>866-726-4715 | Trade Debts, Financing/Bank Loan | Disputed | | | $24,000.00 |
| Gordon Food Service<br>1300 Gezon Parkway SW<br>Wyoming, MI 49509 | Heather Hope<br>heather.hope@gfs.com<br>937-471-1870 | Trade Debts | | | | $16,935.85 |
| Oracle, Inc.<br>2300 Cloud Way<br>Austin, TX 78741 | Noah Sanchez<br>noah.sanchez@oracle.com<br>281-733-9786 | Trade Debts, Service Contract | Disputed | | | $12,000.00 |
| HB3 LLC<br>6115 McNaughten Center<br>Columbus, OH 43232 | Angie<br>614-746-3975 | Trade Debts, Contract | | | | $9,891.87 |
| Ohio Department of Taxation<br>P.O. Box 2678<br>Columbus, OH 43216 | | Sales Taxes and Payroll Tax | | | | $8,828.06 |

| Debtor | **FRG Enterprises, LLC** | | Case number *(if known)* | **23-54240** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hillcrest Food Service** <br> **2735 East 40th Street** <br> **Cleveland, OH 44115** | **Brooke Massie** <br><br> bmassie@hillcrestfoods.com <br> 614-657-3624 | **Vendor** | | | | $6,179.15 |
| **G&J Pepsi-Cola Bottlers Inc.** <br> **1241 Gibbard Avenue** <br> **Columbus, OH 43219** | **N/A** | **Trade Debts** | | | | $3,760.55 |
| **Aramark/Vestis** <br> **1900 Progress Avenue** <br> **Columbus, OH 43207** | **Marty Martin** <br><br> martin-marty@aramark.com <br> 614-620-5055 | **Trade Debts** | | | | $3,109.46 |
| **San Filipo Produce** <br> **4561 E. 5th Avenue, #3** <br> **Columbus, OH 43219** | **John Pottkotter** <br><br> johnp@sanfillipoproduce.com <br> 614-237-3300 Ext. 114 | **Trade Debts** | | | | $2,171.01 |
| **Zilka & Co.** <br> **720 Ligonier Drive** <br> **Hunker, PA 15639** | **Pam Nesti** <br><br> PLNesti@Zilkaandcompany.com | **Trade Debts** | | | | $1,485.21 |
| **AEP Ohio** <br> **1 Riverside Plaza** <br> **Columbus, OH 43215** | | **Utility provider** | | | | $1,412.23 |
| **Columbia Gas of Ohio** <br> **Revenue Recovery** <br> **PO Box 117** <br> **Columbus, OH 43216-0117** | | **Utility Provider** | | | | $1,063.80 |
| **Happy Chicken Farms & Merry Milk Maid** <br> **2680 Lewis Centre Way** <br> **Grove City, OH 43123** | **Alli Dennison** <br><br> allid@happychickenfarms.com <br> 614-875-9300 | **Trade Debts** | | | | $964.82 |
| **Hobart Service** <br> **701 South Ridge Avenue** <br> **Troy, OH 45373** | | **Trade Debts; Professional Services** | | | | $882.78 |

| Debtor | **FRG Enterprises, LLC** | Case number *(if known)* | **23-54240** |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ohio Restaurant Association**<br>**150 East Campus View Blvd., Suite 150**<br>**Columbus, OH 43235** | N/A<br><br>800-282-9049 | **Trade Debts; Professional Services** | | | | **$845.00** |
| **Koorsen Fire**<br>**2719 N. Arlington Avenue**<br>**Indianapolis, IN 46218** | 1-888-koorsen | **Professional Services** | | | | **$668.01** |
| **Experience Columbus**<br>**277 W. Nationwide Blvd., Suite 125**<br>**Columbus, OH 43215** | N/A<br><br>ECInvoices@experiencecolumbus.com | **Professional Services; Trade Debts** | | | | **$595.00** |
| **Spectrum Time Warner**<br>**Legal Response Ops. Center**<br>**12405 Powerscourt Drive**<br>**Saint Louis, MO 63131** | | **Internet and Phone Provider** | | | | **$356.20** |