**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*John E. Hoffman, Jr.*

John E. Hoffman, Jr.
United States Bankruptcy Judge

Dated: January 28, 2025

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No: 23-54240 |
| | ) | |
| FRG Enterprises, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Hoffman |
| | ) | |

**ORDER GRANTING DEBTOR'S AMENDED 9019 MOTION FOR AUTHORITY TO COMPROMISE THE HB3 LLC LITIGATION AND RELATED MATTERS (Doc. 110 )**

This matter is before the Court upon the *Debtor's Amended Motion for Authority to Compromise the HB3 LLC Litigation and Related Matters* (doc. 110)(the "Motion") filed December 6, 2024. Through the Motion, the Debtor seeks approval, pursuant to Fed. R. Bankr. P. 9019, of a proposed settlement (the "Settlement") of the Debtor's claims and defenses relating to the actions and claim of HB3 LLC in this Case and its related Adversary Proceedings. The Settlement is described in the Motion and a settlement agreement (the "FRG/HB3 Settlement Agreement") is attached to the Motion as Exhibit A

1

Based upon the Court's review of the Motion, the Court **FINDS** as follows:

A. Jurisdiction and venue over the Motion is proper in this Court;

B. Notice of the Motion was sufficient and proper under the circumstances;

C. No objections to the Motion were timely filed;

D. The proposed Settlement is fair and equitable and in the best interests of the Debtor's bankruptcy estate; and

E. Good cause exists to grant the Motion approving the Settlement.

Accordingly, based upon the Court's findings, the Court **ORDERS** as follows:

1. The Motion is granted in all respects.

2. The Settlement is approved, and the Debtor is authorized to settle the matter on the terms set forth in the FRG/HB3 Settlement Agreement.

3. The Court retains jurisdiction over the Motion and the Settlement for all purposes, including enforcement.

**IT IS SO ORDERED.**

Copies to: All Creditors and Parties-in-Interest

4905-1111-0157