**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



**Dated: January 28, 2025**

John E. Hoffman, Jr.
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| In re: | : | Case No. 23-54240 |
| | : | |
| FRG ENTERPRISES, LLC, | : | Chapter 11 (Subchapter V) |
| | : | |
| *Debtor*. | : | Judge Hoffman |

### ORDER (A) SETTING HEARING ON CONFIRMATION OF THE DEBTOR'S AMENDED PLAN OF REORGANIZATION AND (B) ESTABLISHING RELATED DEADLINES

FRG Enterprises, LLC ("Debtor") has filed an amended plan of reorganization (Doc. 112) ("Plan") under applicable provisions of Chapter 11 of the Bankruptcy Code. The Debtor is a "debtor" as that term is defined in § 1182(1)(A) of the Bankruptcy Code, and it has elected to proceed under Subchapter V of Chapter 11. It is therefore **ORDERED**, and **NOTICE** is hereby given, that:

1. A hearing on confirmation of the Plan ("Confirmation Hearing") shall be held on **March 18, 2025, at 10:00 a.m.** before Judge John E. Hoffman, Jr. in the United States Bankruptcy Court, Courtroom A, Fifth Floor, 170 N. High Street, Columbus, Ohio 43215. For cause shown, the Confirmation Hearing may be continued from time to time by order made in open court without further written notice.

2. Within two business days after the date of the entry of this Order, the Debtor shall transmit by mail to all creditors, equity security holders, and other parties in interest whose votes are to be solicited, copies of the Plan, this Order and a ballot conforming substantially to Official Form No. 314. *See also* Local Bankruptcy Rule 3018-2(a). The Debtor shall transmit the same documents, excluding the ballot, to the United States Trustee, the Subchapter V trustee, the Internal Revenue Service at its address set out in the register maintained with the Court, the Securities and Exchange Commission, and to any other governmental entities, agencies, instrumentalities, or departments as required by Fed. R. Bankr. P. 2002(j). At least ten days prior to the Confirmation Hearing, the Debtor shall file a certificate of service evidencing compliance with the requirements set forth in this paragraph.

3. The original ballots accepting or rejecting the Plan must be mailed to Matthew T. Schaeffer, Bailey Cavalieri, LLC, 10 West Broad Street, Suite 2100, Columbus, OH 43215, by the holder of each claim or interest so as to be received by counsel on or before **February 28, 2025**.

    **4.**    On or before **February 28, 2025,** any objection to confirmation of the Plan shall be filed with the Court, and a copy served on the Subchapter V trustee, counsel for the Debtor and counsel for the United States Trustee.

    **5.**    At least three business days prior to the Confirmation Hearing, the Debtor shall file a certification and summary report of ballots received, reflecting all votes by class, number of claims, and amount of claim.

    **6.**    If the Debtor proposes to amend or modify the Plan in response to any objection, on or before **March 7, 2025**, the Debtor shall file with the Court and serve on the United States Trustee, the Subchapter V trustee, and all objecting parties a response that specifically identifies any amendment(s) made in response to an objection. The Debtor shall attach to the response a red-lined copy of the Plan reflecting such amendments.

    **7.**    Any party wishing to present witnesses or other evidence in support of, or in opposition to, an objection shall, not later than **March 11, 2024**, file with the Court and serve upon the attorney for the Debtor, the United States Trustee, and any opposing party, witness and exhibit lists in the form prescribed by Local Bankruptcy Form 7016-1, Attachments A & B. The Debtor need not file witness or exhibit lists if it wishes to present witnesses or other evidence in support of an uncontested Plan.

    **IT IS SO ORDERED.**

Copies to:

Default List